IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MOODY MOTOR COMPANY, Inc., | ) | |
|---|---|---|
| | ) | 8:06CV751 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RJF AGENCIES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the report and recommendation of United States Magistrate Judge Thomas D. Thalken (Filing No. 18) recommending that the plaintiff's Motion to Remand (Filing No. 6) be denied.

No objection has been filed to the report and recommendation. Pursuant to NECivR 72.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the report and recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The magistrate's report and recommendation (Filing No. 18) is adopted in its entirety.

3. The plaintiff's Motion to Remand (Filing No. 6) is denied.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge