## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| MOODY MOTOR CO., INC., | ) | |
| --- | --- | --- |
| | ) | 8:06CV751 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RJF AGENCIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion For Extension Of Time To Amend Pleadings/Add Parties (Filing No. 35) per the Order Setting Schedule For Initial Progression Of A Civil Case (Filing No. 25). The plaintiff filed a Reply To Defendant's Motion To Extend Deadline By Which Parties Can Be Added (Filing No. 37). The defendant's motion was filed after the deadline to file a motion to amend the pleadings and/or add parties. The defendant contends there may be an insurance coverage dispute involving Lloyd's of London and its managing general agent in the United States, Trafalgar. **See** Filing No. 35. The defendant states it has attempted to subpoena records from these entities without complete success and these entities may have coverage for the damages alleged in the claim of negligence against RJF Agencies, Inc. **See Id**. The defendant contends that in order to explore this issue, the defendant needs 90 days from the date of filing its motion to obtain all of the records of Trafalgar. *Id*. The plaintiff agrees with the extension of the deadlines and does not resist defendant's motion. **See** Filing No. 37. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The defendant's Motion For Extension Of Time To Amend Pleadings/Add Parties (Filing No. 35) is granted.

2. The Order Setting Schedule For Initial Progression Of A Civil Case (Filing No. 25) is amended to allow the defendant **on or before December 10, 2007** to add a party or amend pleadings.

DATED this 5th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge