# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOODY MOTOR CO., INC., | ) | |
| | ) | 8:06CV751 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RJF AGENCIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference between counsel, on October 19, 2007. David A. Dudley represented the plaintiff and Patrick G. Vipond represented the defendant. Due to the difficulties in obtaining documents from a third party, counsel requested additional time in which to amend the pleadings. Further, the parties requested the planning conference be continued to a time after the deadline to amend the pleadings. Both requests will be granted.

**IT IS ORDERED:**

1. The Order Setting Schedule For Initial Progression Of A Civil Case (Filing No. 25) is amended to allow the parties to **on or before January 18, 2008** to add a party or amend the pleadings.

2. A telephone conference with the undersigned magistrate will be held on **January 31, 2008, at 9:30 a.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the telephone conference**.

DATED this 19th day of October, 2007.

BY THE COURT:

/s Thomas D. Thalken
United States Magistrate Judge