## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOODY MOTORS CO., INC., | ) | |
| Plaintiff, | ) ) ) | 8:06CV751 |
| vs. | ) ) | ORDER |
| RJF AGENCIES, INC., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on February 28, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 18, 2008, at 9:30 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 28th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge