# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOODY MOTOR COMPANY, INC., | ) |
| Plaintiff and Counter Defendant, | ) 8:06CV751 ) ) ) ORDER |
| vs. | ) |
| RFJ AGENCIES, INC., | ) |
| Defendant and Cross Defendant, | ) |
| vs. | ) |
| LLOYD'S OF LONDON, INC. and | ) |
| Defendant, Cross Claimant, and Counter Claimant, | ) |
| and | ) |
| TRAFALGAR GROUP, INC., | ) |
| Defendant and Cross Claimant. | ) |

This matter is before the court on the parties' Joint Stipulation and Motion to Dismiss ([Filing No. 111](#)). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation ([Filing No. 111](#)) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 12th day of June, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge